470 A.2d 1035

Community Assn. Services v. Groff, Appellant.

Petition for Allowance of Appeal
Denied June 12, 1984.

Argued November 15, 1983. Richard D. Groff, appellant, in propria persona; Brian J. McCollough, for appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Order affirmed.